# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Blvd., Albany, NY 12211

Andrea E. Celli, Esq.      Telephone: (518) 449-2043     For payments only:
Trustee     Facsimile: (518) 449-2473     P.O Box 1918
Bonnie Baker, Esq.         Memphis, TN 38101-1918
Assoc. Attorney

March 26, 2010

Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 306
Albany, New York 12207

Re:  06-11364      Brian & Tracey Fowler

To Whom It May Concern:

    Enclosed please find check #**920677** in the amount of **$233.58**. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. The creditor has failed to cash checks. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

Claim No.      41

Account#      5924

Creditor      Chase Bank USA NA
                    POB 100018
                    Kennesaw, GA 30156

Very truly yours,

*Cheryl Corning*

Cheryl Corning
Office of Andrea Celli